**Timothy BARR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76026.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 18, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 22, 2000.

Application for Transfer Denied
April 25, 2000.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Pope Butler, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Timothy Barr (Movant) appeals the denial of his Rule 29.15 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An